JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
Tokyo University of Social Welfare

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of<br><br>TOKYO UNIVERSITY OF SOCIAL WELFARE,<br><br>                Applicant.<br>_____ | Case No: 3:21-mc-80102<br><br>**DECLARATION OF YOHEI SHIMIZU IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDING** |

I, Yohei Shimizu, declare as follows:

1. I am an attorney duly licensed to practice law in Japan. I am a partner at Alcien Law Firm, a legal professional corporation organized and existing under the laws of Japan. Applicant, Tokyo University of Social Welfare ("TUSW"), an educational corporation organized and existing under the laws of Japan, retained me and my firm to initiate a civil lawsuit against those liable for defamation and unlawful business interference under Japanese law as soon as their identities have been ascertained through discovery.

2. I have personal knowledge of each matter stated herein.

3. I submit this declaration in support of TUSW's Ex Parte Application for Order Pursuant to 28 U.S.C. § 1782 (the "Application").

**In re Ex Parte Application of Tokyo Univeristy of Social Welfare**
Declaration of Yohei Shimizu in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782
Permitting Discovery for Use in Foreign Proceeding

4.  TUSW provides undergraduate and graduate school programs in Japan aiming for international social work and contribution.  On or about December 15, 2020, certain statement concerning TUSW as described in Exhibit A attached hereto (the "Subject Tweet") was posted by a Twitter User under the name  of "@yesmanyurusanai" on Twitter  at  https://twitter.com/yesmanyurusanai/status/1338727109640900608  through the said user's Twitter Account located at   https://twitter.com/yesmanyurusanai (the "Subject Twitter Account").  Exhibit A is a true and correct copy of the Subject Tweet as of January 8, 2021.  The Subject Tweet was posted with offensive and false statement of fact about TUSW's academic success.  The Subject Tweet falsely claims that the deviation measurement value (called "Hensachi"[1] in Japanese used to measure academic performance and difficulty in passing entrance exams for universities) for TUSW has deteriorated and TUSW has failed to function as an educational place.  Contrary to such false claim, the deviation value for TUSW has actually improved as shown in the recently published statistics, a copy of which is attached hereto as Exhibit B (the "Statistics").   "B Rating" in the Statistics indicates the "B Rating" deviation value, which means that the possibility of applicants with such deviation value being accepted by a school is between 60% and 80 %[2].  The Statistics show that a B Rating for TUSW has improved over the recent years.  Based on my investigation into this matter which included interviewing TUSW personnel and reviewing pertinent records, the Subject Tweet constitutes defamation under Japanese law.

5.  Considering the facts above, it is my opinion as a Japanese lawyer that the Subject Tweet was posted for harassment purposes and constitutes defamation under Japanese law.

---

[1] "Hensachi" in Japanese, is deviation value used to measure academic performance and difficulty in passing entrance exams for universities.  See https://en.wikipedia.org/wiki/Truly_Strong_Universities; https://en.wikipedia.org/wiki/Going_broke_universities_%E2%80%93_Disappearing_universities; https://en.wikipedia.org/wiki/Standard_score
[2] https://manabi.benesse.ne.jp/lab/benesse/assess/moshi/qa/answer14.html

In re Ex Parte Application of Tokyo Univeristy of Social Welfare
Declaration of Yohei Shimizu in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

6.  Therefore, TUSW intends to bring a lawsuit in Japan against the person(s) associated with the Subject Twitter Account as soon as the person(s)' identities have been ascertained through the discovery sought by the Application.

7.  In order to identify the person(s) who committed unlawful acts against TUSW through the Subject Twitter Account, it is crucial for TUSW to obtain the information relevant thereto. In particular, the information relating to the Subject Twitter Account, as specified in the proposed subpoena concurrently filed with the Application, would be critical and highly relevant in identifying the perpetrators. At a minimum, access logs when the Subject Tweet was posted and access log for each login are highly relevant and necessary, but some or all of them may be unavailable because records of older access are generally erased after a short period of time (usually 3 to 6 months), in which case subsequent access logs after the Subject Tweet was posted will become highly relevant and necessary for TUSW.

8.  In order to identify an anonymous perpetrator who posted illegal statements (e.g. defamation and unlawful business interference) on the internet, in case that the Court may wonder if the duration for access logs should be limited. I explain as follows:

9.  Explanation of Terms

An Internet Service Provider (the "ISP") is an entity such as AT&T which provides internet services for users. A Content Provider (the "CP") is an entity which provides content on the internet. If a user accesses his or her Twitter account by using AT&T line, the ISP is AT&T and the CP is Twitter Inc. ("Twitter").

In the case of above example, at first, the communication between the user and AT&T is performed before the communication between AT&T and Twitter is performed. In each communication, information such as IP addresses, time stamps (the time when they were used for the communication) and access types are generally recorded. This record is called an "access log". See Exhibit C and D.

The ISP assigns (lends) an IP address to its user when providing the user with internet access services. The IP address assigned (loaned) to the user is changed at set

**In re Ex Parte Application of Tokyo Univeristy of Social Welfare**
Declaration of Yohei Shimizu in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782
Permitting Discovery for Use in Foreign Proceeding

intervals.  Thus, the ISP can identify the user by IP address and time stamp (in other words, the access log).

10. How to Identify the Perpetrator by Using the Access Log

The victim can identify the perpetrator by using the access log as follows:

    a.   The victim of illegal activity on the internet does not know the ISP the perpetrator used. Thus, the victim needs the CP to disclose the access log in their possession. TUSW submits the Application for that purpose.  See Exhibit C (1).

    b.   Next, the victim identifies the ISP the perpetrator used by the IP addresses disclosed by the CP. Since IP addresses owned by a particular ISP are publicly available, such IP addresses help the victim identify the ISP used by the perpetrator. See Exhibit C (2).

    c.   Next, the victim submits the access logs (including IP addresses and time stamps) disclosed from the CP to the ISP, and requests the perpetrator's information such as his/her name and address. See Exhibit C (3).

    d.   In this way, the victim is able to obtain the perpetrator's information from the ISP. See Exhibit C (4).

    e.   Finally, the victim is able to sue the perpetrator.  See Exhibit C (5).

       Strictly speaking, there is a gap between time stamps recorded by the ISP and those recorded by the CP because of the time needed for communication between the ISP and the CP.  However, this gap is negligibly small and should therefore not present any issue.

11. The Necessity of Disclosure of the Access Log by the CP

In almost all cases, the CP does not have accurate information necessary to identify the perpetrator. First of all, the CP does not obtain the perpetrator's name or address unless the perpetrator volunteers them for using services by the CP.  In addition, there is a high possibility the information the CP may receive from the perpetrator at the time of his/her registration for use of the CP's services is fictitious, especially in case of illegal purposes such as posting illegal statements.  Thus, in almost all cases, the victim has to

In re Ex Parte Application of Tokyo Univeristy of Social Welfare
Declaration of Yohei Shimizu in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782
Permitting Discovery for Use in Foreign Proceeding

rely on the method described above to identify the perpetrator.  In other words, in almost all cases, having the CP disclose an access log is the only way to identify the perpetrator.  That is why the access log from the CP is critically necessary.

12. All Access Logs Without Duration Limit Need Be Disclosed

Ideally, a single, complete access log should be readily available to enable the victim of defamation on the internet to identify the perpetrator.  However, the access log at the time of posting is not always complete, nor does it remain available indefinitely, as explained below.  (See Exhibit D).  At the same time, it is impossible for the CP to identify a single access log from which all the information needed by the victim can be extracted because of the existence of special tools for anonymization (explained below).

As to completeness of a particular log, it is unclear how the provider maintains access logs.  For example, some providers such as Twitter often records only time stamps (not IP addresses) at the time of each posting.  In that case, the victim is unable to identify the ISP, which means that the victim is unable to identify the perpetrator, either.

As to how long a particular log remains available, the "freshness" of the log is important.  If the perpetrator posted an illegal statement (e.g. defamatory comment) several months ago, the CP or the ISP may have already deleted the access log at the time of posting.  Generally, the retention period of access logs by providers is only 3 to 6 months.  In case of Twitter, if a user deactivates the account, data for the deactivated account would only be available for 30 days after deactivation[3].  Thus, in a large number of cases, the access log at the time of posting has already been deleted by the time a subpoena can be served on the CP or the ISP.  In addition, even if the access log at the time of posting remains available and disclosed by the CP, there is a possibility that the ISP has already deleted the access log when the victim asks the ISP to disclose it.

_____

[3] https://help.twitter.com/en/managing-your-account/how-to-deactivate-twitter-account

In re Ex Parte Application of Tokyo Univeristy of Social Welfare
Declaration of Yohei Shimizu in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

It should be noted that the perpetrator can prevent the victim from identifying him/her through access logs by using special tools for anonymization such as Tor (The Onion Router) or Proxy (collectively, the "Special Tools"), mainly used in the dark web.  The perpetrator sometimes uses the Special Tools and at other times does not. The victim can possibly identify the perpetrator from the access logs only if the perpetrator does not use the Special Tools.  The victim (and the CP), however, cannot specify access logs from which the information sought may be ascertained because the victim does not know when and whether the perpetrator used the Special Tools.

Therefore, all access logs, including the most recent logs, need be disclosed as long as they are presumed to be those of the same perpetrator.  For example, access logs identifying the same Twitter account of the perpetrator are presumed to belong to the perpetrator.

13. It shall be noted that Japanese law does not allow "John Doe defendant" in civil litigation. Article 2 (1) of Rules of Civil Procedure (Rules of the Supreme Court of Japan No. 5 of 1996 ) require a plaintiff to state names and physical addresses of the all parties, including defendant, in his complaint to commence litigation. Therefore, without first obtaining the information about the Subject Twitter Account, TUSW may not even start litigation.

14. The Subject Twitter Account is maintained by Twitter[4], located in San Francisco, California[5].  Twitter is not a party to the anticipated Japanese lawsuit described above.

15. I am not aware of any restrictions imposed by or any policies under Japanese law limiting the proof-gathering proceeding in the manner proposed and for the purposes stated herein and in the Application. In addition, I, on behalf of other corporations, have obtained similar information through the § 1782(a) subpoena several times in the past proceedings, but no issue on the receptivity was raised in subsequent Japanese proceeding.

---

[4] https://about.twitter.com/.

[5] https://investor.twitterinc.com/corporate-governance/contact-the-board-/default.aspx.

**In re Ex Parte Application of Tokyo Univeristy of Social Welfare**
Declaration of Yohei Shimizu in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782
Permitting Discovery for Use in Foreign Proceeding

16. Based on the above, the documents sought from Twitter are highly relevant to TUSW's anticipated Japanese lawsuit and are narrowly tailored and limited to the discovery materials related to the Subject Twitter Account through which the identities of the defendants to the anticipated Japanese lawsuit could be ascertained and nothing further.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 27, 2021          By: _Yohei Shimizu_____
                                        Yohei Shimizu

**In re Ex Parte Application of Tokyo Univeristy of Social Welfare**
Declaration of Yohei Shimizu in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782
Permitting Discovery for Use in Foreign Proceeding

# Exhibit A

## ツイートする



**性犯罪軽視、パワハラ組織への抗議にご協力ください**
@yesmanyurusanai

偏差値の低下は東京福祉大学が学び場として機能していない証拠ですね。
入学時の偏差値は必ずしも重視する必要はありませんが、低下しているならば質を守れずなりふり構わず入学させた証拠ですから。
就職率がいいからといって安易に飛びつくことはありません。資格は別大学でも取れますからね。

午後3:06 · 2020年12月15日 · Twitter for iPhone

### 関連性の高いアカウント

**性犯罪軽視、パワハ...**    フォロー
@yesmanyurusanai

総長、学長に復帰した中島氏による教職員へのパワハラ、独裁・恐怖政治が横行し、現在東京福祉大学は学びの場として機能していません。正しい教育の場を取り戻すため、皆様どうかご協力お願いします。

### いまどうしてる？

国際ニュース · 3 時間前
**韓国ソウル中央地裁 元従軍慰安婦訴訟で日本政府に賠償命令**
トレンドトピック: 国交断絶、賠償命令

**#ボートレースCM**
2021年新CMはボートレーサーになりたい若者たちの青春ストーリー。豪華出演陣にも注目！
公式 DYNAMITE BOATRACE | ボートレースによるプロモーション

日本のトレンド
**うごくちゃん**
72,992件のツイート

政治 · ライブ
**トランプ大統領が「政権移行に注力」と表明**
トレンドトピック: 敗北宣言、トランプ氏

日本のトレンド
**一般女性**
トレンドトピック: 一般男性、　パンズ

さらに表示

利用規約　プライバシーポリシー　Cookieのポリシー
広告情報　もっと見る…　© 2021 Twitter, Inc.

メッセージ 

# Exhibit B

**東京福祉大学　御中**

# 2020年度　入試概況

2020年6月



© Shinken-Ad. Co., Ltd. All Rights Reserved.　株式会社 進研アド

---

## 昨年度　進研模試振り返り

| 大学名 | 学部名 | 学科名 | B判 | 総合学力マーク模試・6月 志望者数 '19 | 前年比 | 総合学力記述模試・7月 志望者数 '19 | 前年比 | 第1回 ベネッセ・駿台マーク模試 志望者数 '19 | 前年比 | 第2回 ベネッセ・駿台記述模試 志望者数 '19 | 前年比 | 第3回 ベネッセ・駿台マーク模試 志望者数 '19 | 前年比 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 東京福祉大 | 心理 | 心理 | 52 | 477 | 75 ▼ | 432 | 86 ↓ | 371 | 70 ▼ | 245 | 67 ▼ | 264 | 71 ▼ |
| | | 心理 | 50 | 32 | – | 30 | – | 191 | 64 ▼ | 138 | 65 ▼ | 120 | 65 ▼ |
| | | 心理 | 53 | 310 | 70 ▼ | 276 | 81 ↓ | 28 | 68 ▼ | 26 | 70 ▼ | 28 | 65 ▼ |
| | | 心理 | 53 | 38 | 83 ↓ | 39 | 87 ↓ | 24 | 77 ▼ | 22 | 71 ▼ | 17 | 71 ▼ |
| | | セ 心理 | 56 | 97 | 66 ▼ | 87 | 75 ▼ | 128 | 81 ↓ | 59 | 69 ▼ | 99 | 83 ↓ |
| | 社会福祉 | 社会福祉 | 48 | 404 | 71 ▼ | 383 | 110 ↑ | 345 | 70 ▼ | 189 | 62 ▼ | 201 | 59 ▼ |
| | | 社会福祉 | 47 | 26 | – | 17 | – | 183 | 66 ▼ | 109 | 57 ▼ | 102 | 59 ▼ |
| | | 社会福祉 | 49 | 258 | 65 ▼ | 267 | 105 ▼ | 25 | 64 ▼ | 19 | 70 ▼ | 18 | 56 ▼ |
| | | 社会福祉 | 47 | 27 | 68 ▼ | 26 | 74 ▼ | 22 | 85 ↓ | 16 | 84 ↓ | 10 | 59 ▼ |
| | | セ 社会福祉 | 53 | 93 | 70 ▼ | 73 | 122 △ | 115 | 78 ▼ | 45 | 64 ▼ | 71 | 59 ▼ |
| | 教育 | 教育 | 49 | 248 | 74 ▼ | 238 | 78 ▼ | 202 | 63 ▼ | 146 | 54 ▼ | 158 | 63 ▼ |
| | | 教育 | 48 | 9 | – | 18 | – | 111 | 65 ▼ | 87 | 54 ▼ | 76 | 61 ▼ |
| | | 教育 | 50 | 163 | 73 ▼ | 166 | 81 ↓ | 11 | 33 ▼ | 18 | 67 ▼ | 20 | 74 ▼ |
| | | 教育 | 50 | 14 | 64 ▼ | 18 | 50 ▼ | 13 | 72 ▼ | 12 | 80 ↓ | 10 | 59 ▼ |
| | | セ 教育 | 55 | 62 | 71 ▼ | 36 | 56 ▼ | 67 | 68 ▼ | 29 | 43 ▼ | 52 | 62 ▼ |
| | 保育児童 | 保育児童 | 49 | 308 | 70 ▼ | 208 | 80 ↓ | 162 | 57 ▼ | 100 | 51 ▼ | 122 | 65 ▼ |
| | | 保育児童 | 48 | 8 | – | 11 | – | 97 | 60 ▼ | 64 | 52 ▼ | 58 | 62 ▼ |
| | | 保育児童 | 49 | 214 | 68 ▼ | 156 | 80 ↓ | 14 | 70 ▼ | 7 | 44 ▼ | 12 | 67 ▼ |
| | | 保育児童 | 49 | 21 | 68 ▼ | 13 | 68 ▼ | 7 | 44 ▼ | 6 | 50 ▼ | 4 | 33 ▼ |
| | | セ 保育児童 | 53 | 65 | 70 ▼ | 28 | 61 ▼ | 44 | 51 ▼ | 23 | 51 ▼ | 48 | 73 ▼ |

© Shinken-Ad. Co., Ltd. All Rights Reserved.　株式会社 進研アド

**東京福祉大学　御中**

### 2019年度　高3生・高卒生

# 第3回ベネッセ・駿台マーク模試・11月
# 志望動向

#### 2019年12月



© Shinken-Ad. Co., Ltd. All Rights Reserved.　　株式会社進研アド

Confidential

【貴学志望動向】　　　　　　　　　　　　　　　　　　学外配布不可　二次加工禁止　　1

【※】一般入試：合格者平均SS　センター利用入試：合格者センター得点率↓

| 大学名 | 学部名 | 学科名 | 方式/日程 | 教科数 セ | 個 | 満点 センター | 個別 | 募集人員 | B判 | 志望者数 '19 | 前年比 | 平均SS '19 | 前年差 | 上位者数 '19 | 前年比 | 実質倍率 '19 | '18 | '17 | ※ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 東京福祉大 | 心理 | | | 2 | 3 | | | 74 | 50 | 264 | 71▼ | 45.3 | -1.3 | 88 | 65▼ | 3.5 | 2.2 | 1.2 | - |
| | | 心理 | 1期 | | 2 | | 200 | 12 | 51 | 120 | 65▼ | 43.3 | -1.8 | 27 | 60▼ | 5.6 | 4.5 | 1.2 | 50.0 |
| | | 心理 | 2期2 | | 2 | | 200 | 27 | 51 | 28 | 65▼ | 42.6 | -2.0 | 4 | 50▼ | 3.6 | 2.4 | - | 49.1 |
| | | 心理 | 2期3 | | 3 | | 500 | 20 | 48 | 17 | 71▼ | 43.7 | 0.7 | 5 | 71▼ | 3.1 | - | - | 43.8 |
| | | セ 心理 | 2期 | 2 | | 200 | 0 | 15 | 55 | 99 | 83↓ | 48.8 | -1.6 | 21 | 72▼ | 3.1 | 1.7 | 1.1 | 73.4 |
| | 社会福祉 | | | 2 | 3 | | | 63 | 46 | 201 | 59▼ | 47.2 | 1.2 | 102 | 64▼ | 1.3 | 1.3 | 1.1 | - |
| | | 社会福祉 | 1期 | | 2 | | 200 | 11 | 47 | 102 | 59▼ | 46.4 | 1.9 | 46 | 87↓ | 1.2 | 1.3 | 1.1 | 47.2 |
| | | 社会福祉 | 2期2 | | 2 | | 200 | 18 | 45 | 18 | 56▼ | 44.3 | 1.0 | 7 | 78▼ | 1.7 | 1.4 | - | 47.1 |
| | | 社会福祉 | 2期3 | | 3 | | 500 | 16 | 45 | 10 | 59▼ | 46.3 | -4.0 | 5 | 38▼ | 1.1 | - | - | 44.9 |
| | | セ 社会福祉 | 2期 | 2 | | 200 | 0 | 18 | 51 | 71 | 59▼ | 49.1 | -0.8 | 30 | 70▼ | 1.2 | 1.2 | 1.1 | 64.1 |
| | 教育 | | | 2 | 3 | | | 94 | 47 | 158 | 63▼ | 46.5 | -0.3 | 74 | 59▼ | 1.1 | 1.1 | 1.2 | - |
| | | 教育 | 1期 | | 2 | | 200 | 4 | 48 | 76 | 61▼ | 46.3 | -0.2 | 35 | 80↓ | 1.2 | 1.3 | 1.1 | 47.4 |
| | | 教育 | 2期2 | | 2 | | 200 | 40 | 48 | 20 | 74▼ | 43.1 | -3.1 | 5 | 45▼ | 1.4 | 1.2 | - | 48.4 |
| | | 教育 | 2期3 | | 3 | | 500 | 25 | 46 | 10 | 59▼ | 39.5 | -3.5 | 2 | 40▼ | 1.1 | - | - | 41.3 |
| | | セ 教育 | 2期 | 2 | | 200 | 0 | 25 | 53 | 52 | 62▼ | 49.4 | 0.7 | 22 | 92▼ | 1.0 | 1.1 | 1.2 | 62.9 |
| | 保育児童 | | | 2 | 3 | | | 47 | 47 | 122 | 65▼ | 45.2 | 0.2 | 52 | 68▼ | 1.2 | 1.1 | 1.1 | - |
| | | 保育児童 | 1期 | | 2 | | 200 | 10 | 47 | 58 | 62▼ | 45.0 | 1.1 | 25 | 93▼ | 1.3 | 1.0 | 1.0 | 48.1 |
| | | 保育児童 | 2期2 | | 2 | | 200 | 15 | 47 | 12 | 47▼ | 42.2 | -2.3 | 3 | 75▼ | 1.5 | 1.2 | - | 49.6 |
| | | 保育児童 | 2期3 | | 3 | | 500 | 5 | 46 | 4 | 33▼ | 41.0 | -1.2 | 1 | 25▼ | 1.0 | - | - | 42.2 |
| | | セ 保育児童 | 2期 | 2 | | 200 | 0 | 17 | 51 | 73 | | 46.6 | -0.6 | 10 | 56▼ | 1.1 | 1.1 | 1.1 | 65.1 |

© Shinken-Ad. Co., Ltd. All Rights Reserved.　　株式会社進研アド

Confidential

# 東京福祉大学　御中

2018年度　高3生・高卒生

# 第1回ベネッセ・駿台マーク模試・9月
# 志望動向

2018年



© Shinken-Ad. Co., Ltd. All Rights Reserved. 株式会社 進研アド

## 【貴学志望動向】

学外配布不可・二次加工禁止　STRICTLY CONFIDENTIAL　1

【※】一般入試：合格者平均SS　センター利用入試：合格者センター得点率↓

| 大学名 | 学部名 | 学科名 | 方式/日程 | 教科数 セ | 個 | 満点 センター | 個別 | 募集人員 | B判 | 志望者数 '18 | 前年比 | 平均SS '18 | 前年差 | 上位者数 '18 | 前年比 | 実質倍率 '18 | '17 | '16 | ※ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 東京福祉大 | 心理 | | | 2 | 3 | | | 74 | 49 | 530 | 152 △ | 47.8 | -0.2 | 234 | 136 △ | 2.2 | 1.2 | 1.1 | - |
| | | 心理 | 2期3 | | 3 | | 500 | 20 | 48 | 31 | - | 44.1 | | 10 | - | - | - | - | - |
| | | 心理 | 1期 | | 2 | | 200 | 12 | 51 | 300 | 160 △ | 46.7 | 0.3 | 91 | 157 △ | 4.5 | 1.2 | 1.1 | 49.4 |
| | | 心理 | 2期2 | | 2 | | 200 | 27 | 48 | 41 | 137 △ | 47.0 | -0.4 | 17 | 106 | 2.4 | - | - | 49.2 |
| | | セ 心理 | | 2 | | 200 | 0 | 15 | 53 | 158 | 122 △ | 50.8 | 0.4 | 65 | 127 △ | 1.7 | 1.1 | 1.0 | 64.2 |
| | 社会福祉 | | | 2 | 3 | | | 63 | 47 | 490 | 138 △ | 47.0 | 0.8 | 224 | 149 △ | 1.3 | 1.1 | 1.1 | - |
| | | 社会福祉 | 2期3 | | 3 | | 500 | 16 | 46 | 26 | - | 44.1 | | 9 | - | - | - | - | - |
| | | 社会福祉 | 1期 | | 2 | | 200 | 11 | 47 | 277 | 128 △ | 45.8 | 0.9 | 108 | 129 △ | 1.3 | 1.1 | 1.2 | 46.3 |
| | | 社会福祉 | 2期2 | | 2 | | 200 | 18 | 47 | 39 | 130 △ | 48.4 | 3.5 | 19 | 158 △ | 1.4 | - | - | 46.5 |
| | | セ 社会福祉 | 2期 | 2 | | 200 | 0 | 18 | 48 | 148 | 136 △ | 49.4 | 0.3 | 87 | 174 △ | 1.2 | 1.1 | 1.1 | 60.8 |
| | 教育 | | | 2 | 3 | | | 94 | 48 | 320 | 103 | 47.5 | 0.7 | 151 | 117 ↑ | 1.1 | 1.1 | 1.1 | - |
| | | 教育 | 2期3 | | 3 | | 500 | 25 | 47 | 18 | - | 45.1 | | 8 | - | - | - | - | - |
| | | 教育 | 1期 | | 2 | | 200 | 4 | 48 | 170 | 101 | 46.5 | 1.3 | 70 | 125 △ | 1.1 | 1.2 | 1.0 | 47.5 |
| | | 教育 | 2期2 | | 2 | | 200 | 40 | 48 | 33 | 114 ↑ | 47.9 | 2.3 | 15 | 150 △ | 1.2 | - | - | 48.2 |
| | | セ 教育 | 2期 | 2 | | 200 | 0 | 25 | 51 | 99 | 88 ↓ | 49.6 | 0.0 | 43 | 90 | 1.1 | 1.2 | 1.0 | 60.1 |
| | 保育児童 | | | 2 | 3 | | | 47 | 48 | 285 | 111 ↑ | 45.6 | 0.2 | 105 | 117 ↑ | 1.1 | 1.1 | 1.1 | - |
| | | 保育児童 | 2期3 | | 3 | | 500 | 14 | | 17 | - | 43.3 | | 3 | - | - | - | - | - |
| | | 保育児童 | 1期 | | 2 | | 200 | 10 | 48 | 163 | 114 ↑ | 44.5 | 1.3 | 50 | 111 ↑ | 1.0 | 1.1 | 1.0 | 47.3 |
| | | 保育児童 | 2期2 | | 2 | | 200 | 15 | 48 | 20 | 65 ▼ | 46.3 | 0.1 | 8 | 160 △ | 1.2 | - | - | 47.5 |
| | | セ 保育児童 | 2期 | 2 | | 200 | 0 | 17 | 51 | 86 | 104 | 48.1 | 0.1 | 36 | 120 △ | 1.1 | 1.1 | 1.0 | 59.4 |



© Shinken-Ad. Co., Ltd. All Rights Reserved. 株式会社 進研アド

学外配布不可　二次加工禁止　2

# 【9月模試】志望者状況

2017年　高3生　9月　進研模試

[※]一般入試：合格者平均SS・駿台マーク模試／センター利用入試：合格者センター得点率

| 大学名 | 学部名 | 学科名 | 方式/日程 | 教科数 セ | 教科数 個 | 満点 センター | 満点 個別 | 募集人員 | 判B | 志望者数 '17 | 前年比 | 平均SS '17 | 前年差 | 上位者数 '17 | 前年比 | 実質倍率 '17 | '16 | '15 | ※ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 東京福祉大 | 心理 | 心理 | 2期2 |  | 2 |  | 200 | 54 | 48 | 348 | 89 → | 48.0 | 2.3 | 186 | 112 ↑ | 1.2 | 1.1 | 1.2 |  |
|  |  |  | 1期 |  | 2 |  | 200 | 27 | 48 | 30 | - | 47.4 | - | 16 | - | - | - | - |  |
|  |  |  | 2期 |  | 2 |  | 0 | 12 | 48 | 188 | 87 ↓ | 46.4 | 2.1 | 83 | 104 | 1.2 | 1.1 | 1.7 | 45.2 / 62 |
|  |  | セ 心理 | 2期 | 2 |  | 200 |  | 15 | 50 | 130 | 101 | 50.4 | 1.9 | 73 | 133 △ | 1.1 | 1.0 | 1.0 |  |
|  | 社会福祉 | 社会福祉 | 2期2 |  | 2 |  | 200 | 48 | 46 | 356 | 84 | 46.2 | 1.0 | 176 | 93 | 1.1 | 1.0 | 1.0 |  |
|  |  |  | 1期 |  | 2 |  | 200 | 18 | 46 | 30 | - | 44.9 | - | 15 | - | - | - | - |  |
|  |  |  | 2期 |  | 2 |  | 0 | 11 | 46 | 217 | 79 ▼ | 44.9 | 2.0 | 94 | 101 | 1.2 | 1.2 | 1.0 |  |
|  |  | セ 社会福祉 | 2期 | 2 |  | 200 |  | 19 | 48 | 109 | 72 ▼ | 49.1 | -0.2 | 50 | 57 ▼ | 1.1 | 1.1 | 1.0 | 48.0 / 64 |
|  | 教育 | 教育 | 2期2 |  | 2 |  | 200 | 69 | 47 | 311 | 78 | 46.8 | 2.7 | 147 | 104 | 1.2 | 1.1 | 1.1 |  |
|  |  |  | 1期 |  | 2 |  | 200 | 40 | 47 | 29 | - | 45.6 | - | 12 | - | - | - | - |  |
|  |  |  | 2期 |  | 2 |  | 0 | 4 | 47 | 169 | 73 ▼ | 45.2 | 3.4 | 67 | 99 | 1.2 | 1.0 | 1.1 |  |
|  |  | セ 教育 | 2期 | 2 |  | 200 |  | 25 | 46 | 113 | 88 | 45.4 | 2.1 | 72 | 107 | 1.2 | 1.1 | 1.0 | 45.6 / 56.6 |
|  | 保育児童 | 保育児童 | 2期2 |  | 2 |  | 200 | 42 | 47 | 257 | 109 △ | 45.4 | - | 98 | 120 △ | 1.2 | 1.1 | 1.0 |  |
|  |  |  | 1期 |  | 2 |  | 200 | 15 | 47 | 31 | - | 41.5 | - | 6 | - | - | - | - |  |
|  |  |  | 2期 |  | 2 |  | 0 | 10 | 47 | 143 | 100 | 44.7 | 3.7 | 50 | 139 ↓ | 1.0 | 1.2 | 1.1 |  |
|  |  | セ 保育児童 | 2期 | 2 |  | 200 |  | 17 | 48 | 83 | 89 → | 48.0 | 1.2 | 40 | 95 | 1.1 | 1.1 | 1.0 | 44.8 / 60.0 |

第1回ベネッセ・駿台マーク模試　過年度情報

Copyright (C) Shinken-Ad. Co., Ltd. 2016 All Rights Reserved.
進研アド　Benesse


Exhibit  C

**How to Identify the Perpetrator by Using Access Log**



**EXHIBIT C**

Exhibit D

**Sample of Access Log**

Access Log as of 2018/12/31

| Time Stamp | IP address |
|---|---|
| 2018/12/29-23:50:45-UTC | Unknown |
| 2018/11/28-21:40:35-UTC | 123.456.789.12 |
| 2018/10/27-19:30:25-UTC | Unknown |
| 2018/09/26-17:20:15-UTC | 123.456.789.12 |
| 2018/08/25-15:10:05-UTC | 987.654.321.98 |
| 2018/07/24-13:00:55-UTC | Unknown |
| 2018/06/23-11:50:45-UTC | 987.654.321.98 |
| 2018/05/22-09:40:35-UTC | 987.654.321.98 |
| 2018/04/21-07:30:25-UTC | Unknown |

Server does not always register full information of access log

Victim does not know which access log is sufficient to identify the perpetrator

Access log at the time of posting

There is a possibility that server has already deleted these access logs

There is a high possibility that server has already deleted these access logs

**EXHIBIT D**