JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
Tokyo University of Social Welfare

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re Ex Parte Application of | ) | Case No: 3:21-mc-80102 |
| | ) | |
| | ) | **DECLARATION OF AIKO REYNOLDS** |
| TOKYO UNIVERSITY OF SOCIAL WELFARE, | ) | **IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PURSUANT** |
| | ) | **TO 28 U.S.C. § 1782 PERMITTING** |
| | ) | **DISCOVERY FOR USE IN FOREIGN** |
| Applicant. | ) | **PROCEEDING** |

_____

I, Aiko Reynolds, declare as follows:

1. My name is Aiko Reynolds. I am over 18 years of age. I am an assistant at Marshall Suzuki Law Group.

2. I translated Exhibits A and B attached hereto and also attached to the declaration of Yohei Shimizu concurrently submitted herewith from Japanese to English.

3. Exhibits C and D attached hereto is each a true and correct English translation of Exhibits A and B, respectively, described above. I am qualified to translate from Japanese to English because I can read, write, understand and speak both Japanese and English fluently.

//

//

-Page 1 of 2-

**In re Ex Parte Application of Tokyo University of Social Welfare**
Declaration of Aiko Reynolds in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

1  I declare under penalty of perjury under the laws of the United States that the foregoing
2  is true and correct.
3
4  Dated: April 27, 2021                                By: _____
5                                                           Aiko Reynolds

-Page 2 of 2-
**In re Ex Parte Application of Tokyo University of Social Welfare**
Declaration of Aiko Reynolds in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

# Exhibit A

ツイートする

**性犯罪軽視、パワハラ組織への抗議にご協力ください**
@yesmanyurusanai

偏差値の低下は東京福祉大学が学び場として機能していない証拠ですね。
入学時の偏差値は必ずしも重視する必要はありませんが、低下しているならば質を守れずなりふり構わず入学させた証拠ですから。
就職率がいいからといって安易に飛びつくことはありません。資格は別大学でも取れますからね。

午後3:06・2020年12月15日・Twitter for iPhone

キーワード検索

**関連性の高いアカウント**

性犯罪軽視、パワハ...
@yesmanyurusanai
フォロー

総長、学長に復帰した中島氏による教職員へのパワハラ、独裁・恐怖政治が横行し、現在東京福祉大学は学びの場として機能していません。正しい教育の場を取り戻すため、皆様どうかご協力お願いします。

**いまどうしてる？**

国際ニュース・3時間前
韓国ソウル中央地裁 元従軍慰安婦訴訟で日本政府に賠償命令
トレンドトピック: 国交断絶、賠償命令

**#ボートレースCM**
2021年新CMはボートレーサーになりたい若者たちの青春ストーリー。豪華出演陣にも注目！
公式 DYNAMITE BOATRACE｜ボートレースによるプロモーション

日本のトレンド
**うごくちゃん**
72,992件のツイート

政治・ライブ
**トランプ大統領が「政権移行に注力」と表明**
トレンドトピック: 敗北宣言、トランプ氏

日本のトレンド
**一般女性**
トレンドトピック: 一般男性、　バンズ

さらに表示

利用規約　プライバシーポリシー　Cookieのポリシー
広告情報　もっと見る…　© 2021 Twitter, Inc.

メッセージ

# Exhibit B

東京福祉大学　御中

# 2020年度　入試概況

2020年6月



© Shinken-Ad. Co., Ltd. All Rights Reserved.　株式会社 進研アド

---

Confidential

2

**昨年度　進研模試振り返り**

| 大学名 | 学部名 | 学科名 | | B判 | 総合学力 マーク模試・6月 | | | 総合学力 記述模試・7月 | | | 第1回 ﾍﾞﾈｯｾ・駿台 マーク模試 | | | 第2回 ﾍﾞﾈｯｾ・駿台 記述模試 | | | 第3回 ﾍﾞﾈｯｾ・駿台 マーク模試 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 志望者数 | | | 志望者数 | | | 志望者数 | | | 志望者数 | | | 志望者数 | | |
| | | | | | '19 | 前年比 | | '19 | 前年比 | | '19 | 前年比 | | '19 | 前年比 | | '19 | 前年比 | |
| 東京福祉大 | 心理 | | | 52 | 477 | 75 | ▼ | 432 | 86 | ↓ | 371 | 70 | ▼ | 245 | 67 | ▼ | 264 | 71 | ▼ |
| | | 心理 | | 50 | 32 | - | | 30 | - | | 191 | 64 | ▼ | 138 | 65 | ▼ | 120 | 65 | ▼ |
| | | 心理 | | 53 | 310 | 70 | ▼ | 276 | 81 | ▼ | 28 | 68 | ▼ | 26 | 70 | ▼ | 28 | 65 | ▼ |
| | | 心理 | | 53 | 38 | 83 | ↓ | 39 | 87 | ↓ | 24 | 77 | ▼ | 22 | 71 | ▼ | 17 | 71 | ▼ |
| | | 心理 | セ | 56 | 97 | 66 | ▼ | 87 | 75 | ▼ | 128 | 81 | ↓ | 59 | 69 | ▼ | 99 | 83 | ↓ |
| | 社会福祉 | | | 48 | 404 | 71 | ▼ | 383 | 110 | ↑ | 345 | 70 | ▼ | 189 | 62 | ▼ | 201 | 59 | ▼ |
| | | 社会福祉 | | 47 | 26 | - | | 17 | - | | 183 | 66 | ▼ | 109 | 57 | ▼ | 102 | 59 | ▼ |
| | | 社会福祉 | | 49 | 258 | 65 | ▼ | 267 | 105 | | 25 | 64 | ▼ | 19 | 70 | ▼ | 18 | 56 | ▼ |
| | | 社会福祉 | | 47 | 27 | 68 | ▼ | 26 | 74 | ▼ | 22 | 85 | ↓ | 16 | 84 | ↓ | 10 | 59 | ▼ |
| | | 社会福祉 | セ | 53 | 93 | 70 | ▼ | 73 | 122 | △ | 115 | 78 | ▼ | 45 | 64 | ▼ | 71 | 59 | ▼ |
| | 教育 | | | 49 | 248 | 74 | ▼ | 238 | 78 | ▼ | 202 | 63 | ▼ | 146 | 54 | ▼ | 158 | 63 | ▼ |
| | | 教育 | | 48 | 9 | - | | 18 | - | | 111 | 65 | ▼ | 87 | 54 | ▼ | 76 | 61 | ▼ |
| | | 教育 | | 50 | 163 | 73 | ▼ | 166 | 81 | ↓ | 11 | 33 | ▼ | 18 | 67 | ▼ | 20 | 74 | ▼ |
| | | 教育 | | 50 | 14 | 64 | ▼ | 18 | 50 | ▼ | 13 | 72 | ▼ | 12 | 80 | ↓ | 10 | 59 | ▼ |
| | | 教育 | セ | 55 | 62 | 71 | ▼ | 36 | 56 | ▼ | 67 | 68 | ▼ | 29 | 43 | ▼ | 52 | 62 | ▼ |
| | 保育児童 | | | 49 | 308 | 70 | ▼ | 208 | 80 | ↓ | 162 | 57 | ▼ | 100 | 51 | ▼ | 122 | 65 | ▼ |
| | | 保育児童 | | 48 | 8 | - | | 11 | - | | 97 | 60 | ▼ | 64 | 52 | ▼ | 58 | 62 | ▼ |
| | | 保育児童 | | 49 | 214 | 68 | ▼ | 156 | 80 | ↓ | 14 | 70 | ▼ | 7 | 44 | ▼ | 12 | 67 | ▼ |
| | | 保育児童 | | 49 | 21 | 68 | ▼ | 13 | 68 | ▼ | 7 | 44 | ▼ | 6 | 50 | ▼ | 4 | 33 | ▼ |
| | | 保育児童 | セ | 53 | 65 | 70 | ▼ | 28 | 61 | ▼ | 44 | 51 | ▼ | 23 | 51 | ▼ | 48 | 73 | ▼ |

各年度入試 ベネッセコーポレーション調べ

© Shinken-Ad. Co., Ltd. All Rights Reserved.　株式会社 進研アド

東京福祉大学　御中

# 2019年度　高3生・高卒生
# 第3回ベネッセ・駿台マーク模試・11月 志望動向

2019年12月

© Shinken-Ad. Co., Ltd. All Rights Reserved.　株式会社進研アド

Confidential

学外配布不可
二次加工禁止

【貴学志望動向】　1

【※】一般入試：合格者平均SS　センター利用入試：合格者センター得点率↓

| 大学名 | 学部名 | | 学科名 | 方式/日程 | 教科数 セ/個 | 満点 センター/個別 | 募集人員 | B判 | 第3回ベネッセ・駿台マーク模試 | | | | | | 過年度情報 | | | ※ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 志望者数 '19 | 前年比 | 平均SS '19 | 前年差 | 上位者数 '19 | 前年比 | 実質倍率 '19 | '18 | '17 | |
| 東京福祉大 | 心理 | | | | 2/3 | | 74 | 50 | 264 | 71 ▼ | 45.3 | -1.3 | 88 | 65 ▼ | 3.5 | 2.2 | 1.2 | - |
| | | | 心理 | 1期 | 2 | 200 | 12 | 51 | 120 | 65 ▼ | 43.3 | -1.8 | 27 | 60 ▼ | 5.6 | 4.5 | 1.2 | 50.0 |
| | | | 心理 | 2期2 | 2 | 200 | 27 | 51 | 28 | 65 ▼ | 42.6 | -2.0 | 4 | 50 ▼ | 3.6 | 2.4 | - | 49.1 |
| | | | 心理 | 2期3 | 3 | 500 | 20 | 48 | 17 | 71 ▼ | 43.7 | 0.7 | 5 | 71 ▼ | 3.1 | - | - | 43.8 |
| | | セ | 心理 | 2期 | 2 | 200 / 0 | 15 | 55 | 99 | 83 ↓ | 48.8 | -1.6 | 21 | 72 ▼ | 3.1 | 1.7 | 1.1 | 73.4 |
| | 社会福祉 | | | | 2/3 | | 63 | 46 | 201 | 59 ▼ | 47.2 | 1.2 | 102 | 64 ▼ | 1.3 | 1.1 | 1.1 | - |
| | | | 社会福祉 | 1期 | 2 | 200 | 11 | 47 | 102 | 59 ▼ | 46.4 | 1.9 | 46 | 87 ↓ | 1.2 | 1.3 | 1.1 | 47.2 |
| | | | 社会福祉 | 2期2 | 2 | 200 | 18 | 45 | 18 | 56 ▼ | 44.3 | 1.0 | 7 | 78 ▼ | 1.7 | 1.4 | - | 47.1 |
| | | | 社会福祉 | 2期3 | 3 | 500 | 16 | 45 | 10 | 59 ▼ | 46.0 | -4.0 | 5 | 38 ▼ | 1.1 | - | - | 44.9 |
| | | セ | 社会福祉 | 2期 | 2 | 200 / 0 | 18 | 51 | 71 | 59 ▼ | 49.1 | 0.8 | 30 | 70 ▼ | 1.2 | 1.2 | 1.1 | 64.1 |
| | 教育 | | | | 2/3 | | 94 | 47 | 158 | 63 ▼ | 46.5 | -0.3 | 74 | 59 ▼ | 1.1 | 1.1 | 1.2 | - |
| | | | 教育 | 1期 | 2 | 200 | 4 | 48 | 76 | 61 ▼ | 46.3 | 0.2 | 35 | 80 ↓ | 1.2 | 1.3 | 1.1 | 47.4 |
| | | | 教育 | 2期2 | 2 | 200 | 40 | 48 | 20 | 74 ▼ | 43.1 | -3.1 | 5 | 45 ▼ | 1.4 | 1.2 | - | 48.4 |
| | | | 教育 | 2期3 | 3 | 500 | 25 | 46 | 10 | 59 ▼ | 39.5 | -3.5 | 2 | 40 ▼ | 1.1 | - | - | 41.3 |
| | | セ | 教育 | 2期 | 2 | 200 / 0 | 25 | 53 | 52 | 62 ▼ | 49.4 | 0.7 | 22 | 92 ▼ | 1.0 | 1.1 | 1.2 | 62.9 |
| | 保育児童 | | | | 2/3 | | 47 | 47 | 122 | 65 ▼ | 45.2 | 0.2 | 52 | 68 ▼ | 1.2 | 1.1 | 1.1 | - |
| | | | 保育児童 | 1期 | 2 | 200 | 10 | 47 | 58 | 62 ▼ | 45.0 | 1.1 | 25 | 93 ▼ | 1.2 | 1.0 | 1.0 | 48.1 |
| | | | 保育児童 | 2期2 | 2 | 200 | 15 | 47 | 12 | 67 ▼ | 42.2 | -2.3 | 3 | 75 ▼ | 1.5 | 1.2 | - | 49.6 |
| | | | 保育児童 | 2期3 | 3 | 500 | 5 | 46 | 4 | 33 ▼ | 41.0 | -1.2 | 1 | 25 ▼ | 1.0 | - | - | 42.2 |
| | | セ | 保育児童 | 2期 | 2 | 200 / 0 | 17 | 51 | 48 | 73 ▼ | 46.6 | -0.6 | 10 | 56 ▼ | 1.1 | 1.1 | 1.1 | 65.1 |

Confidential

**東京福祉大学　御中**

# 2018年度 高3生・高卒生
# 第1回ベネッセ・駿台マーク模試・9月
# 志望動向

2018年



© Shinken-Ad. Co., Ltd. All Rights Reserved.　株式会社進研アド

## 【貴学志望動向】

学外配布不可・二次加工禁止　STRICTLY CONFIDENTIAL　1

【※】一般入試：合格者平均SS　センター利用入試：合格者センター得点率↓

| 大学名 | 学部名 | 学科名 | 方式／日程 | 教科数 セ | 教科数 個 | 満点 センター | 満点 個別 | 募集人員 | B判 | 志望者数 '18 | 志望者数 前年比 | 平均SS '18 | 平均SS 前年差 | 上位者数 '18 | 上位者数 前年比 | 実質倍率 '18 | 実質倍率 '17 | 実質倍率 '16 | ※ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 東京福祉大 | 心理 | | | 2 | 3 | | | 74 | 49 | 530 | 152 △ | 47.8 | -0.2 | 234 | 136 △ | 2.2 | 1.2 | 1.1 | - |
| | | 心理 | 2期3 | | 3 | | 500 | 20 | 48 | 31 | - | 44.1 | - | 10 | - | - | - | - | - |
| | | 心理 | 1期 | | 2 | | 200 | 12 | 51 | 300 | 160 △ | 46.7 | 0.3 | 91 | 157 △ | 4.5 | 1.2 | 1.1 | 49.4 |
| | | 心理 | 2期2 | | 2 | | 200 | 27 | 48 | 41 | 137 △ | 47.0 | -0.4 | 17 | 106 | 2.4 | - | - | 49.2 |
| | | セ 心理 | 2期 | 2 | | 200 | 0 | 15 | 53 | 158 | 122 △ | 50.8 | 0.4 | 65 | 127 △ | 1.7 | 1.1 | 1.0 | 64.2 |
| | 社会福祉 | | | 2 | 3 | | | 63 | 47 | 490 | 138 △ | 47.0 | 0.8 | 224 | 149 △ | 1.3 | 1.1 | 1.1 | - |
| | | 社会福祉 | 2期3 | | 3 | | 500 | 16 | 46 | 26 | - | 44.1 | - | 9 | - | - | - | - | - |
| | | 社会福祉 | 1期 | | 2 | | 200 | 11 | 47 | 277 | 128 △ | 45.8 | 0.9 | 108 | 129 △ | 1.3 | 1.1 | 1.2 | 46.3 |
| | | 社会福祉 | 2期2 | | 2 | | 200 | 18 | 47 | 39 | 130 △ | 48.4 | 3.5 | 19 | 158 △ | 1.4 | - | - | 46.5 |
| | | セ 社会福祉 | 2期 | 2 | | 200 | 0 | 18 | 48 | 148 | 136 △ | 49.4 | 0.3 | 87 | 174 △ | 1.2 | 1.1 | 1.1 | 60.8 |
| | 教育 | | | 2 | 3 | | | 94 | 48 | 320 | 103 | 47.5 | 0.7 | 151 | 117 ↑ | 1.1 | 1.2 | 1.1 | - |
| | | 教育 | 2期3 | | 3 | | 500 | 25 | 47 | 18 | - | 45.1 | - | 8 | - | - | - | - | - |
| | | 教育 | 1期 | | 2 | | 200 | 4 | 48 | 170 | 101 | 46.5 | 1.3 | 70 | 125 △ | 1.3 | 1.1 | 1.2 | 47.5 |
| | | 教育 | 2期2 | | 2 | | 200 | 40 | 48 | 33 | 114 ↑ | 47.9 | 2.3 | 15 | 150 △ | 1.2 | - | - | 48.2 |
| | | セ 教育 | 2期 | 2 | | 200 | 0 | 25 | 51 | 99 | 88 ↓ | 49.6 | 0.0 | 43 | 90 | 1.1 | 1.2 | 1.1 | 60.1 |
| | 保育児童 | | | 2 | 3 | | | 47 | 48 | 285 | 111 ↑ | 45.6 | 0.2 | 105 | 117 ↑ | 1.1 | 1.1 | 1.1 | - |
| | | 保育児童 | 2期3 | | 3 | | 500 | 5 | 47 | 16 | - | 43.3 | - | 3 | - | - | - | - | - |
| | | 保育児童 | 1期 | | 2 | | 200 | 10 | 48 | 163 | 114 ↑ | 44.5 | -0.2 | 50 | 111 ↑ | 1.0 | 1.0 | 1.2 | 47.3 |
| | | 保育児童 | 2期2 | | 2 | | 200 | 15 | 48 | 20 | 65 ▼ | 46.3 | 4.8 | 8 | 160 △ | 1.2 | - | - | 47.5 |
| | | セ 保育児童 | 2期 | 2 | | 200 | 0 | 17 | 51 | 86 | 104 | 48.1 | 0.1 | 36 | 120 △ | 1.1 | 1.1 | 1.0 | 59.4 |

# 【9月模試】志望者状況

**学外配布不可　二次加工禁止**

2017年　高3年生　9月　進研模試

[※] 一般入試：合格者平均SS　センター利用入試：合格者センター得点率

| 大学名 | 学部名 | 学科名 | 方式／日程 | 教科数 セ | 教科数 個 | 満点 センター | 満点 個別 | 募集人員 | B判 | 第1回ベネッセ・駿台マーク模試 志望者数 '17 | 前年比 | 平均SS '17 | 前年差 | 上位者数 '17 | 前年比 | 過年度情報 実質倍率 '17 | '16 | '15 | ※ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 東京福祉大 | 心理 | 心理 | 2期2 | 2 | 2 | | 200 | 54 | 48 | 348 | 89 ↓ | 48.0 | 2.3 | 186 | 112 ↑ | 1.2 | 1.1 | 1.2 | |
| | | 心理 | 1期 | 2 | 2 | | 200 | 27 | 48 | 30 | — | 47.4 | — | 16 | — | — | — | — | 45.0 |
| | | セ 心理 | 2期 | 2 | | 200 | 0 | 12 | 48 | 188 | 87 ↓ | 46.4 | 2.1 | 83 | 104 | 1.2 | 1.1 | 1.7 | 62.0 |
| | 社会福祉 | 社会福祉 | 2期2 | 2 | | 200 | | 15 | 50 | 130 | 101 | 50.4 | 1.9 | 73 | 133 △ | 1.1 | 1.0 | 1.0 | |
| | | 社会福祉 | 1期 | 2 | 2 | | 200 | 48 | 46 | 356 | 84 ↓ | 46.2 | 1.0 | 176 | 93 | 1.1 | 1.0 | 1.0 | |
| | | 社会福祉 | 2期 | 2 | 2 | | 200 | 18 | 46 | 30 | — | 44.9 | — | 15 | — | — | — | — | 48.0 |
| | | セ 社会福祉 | 2期 | 2 | | 200 | 0 | 11 | 46 | 217 | 79 ↓ | 44.9 | 2.0 | 94 | 101 | 1.1 | 1.0 | 1.0 | 64.0 |
| | 教育 | 教育 | 2期2 | 2 | 2 | | 200 | 19 | 48 | 109 | 72 ▶ | 49.1 | -0.2 | 50 | 57 ▶ | 1.1 | 1.1 | — | |
| | | 教育 | 1期 | 2 | 2 | | 200 | 69 | 47 | 311 | 78 ▶ | 46.8 | 2.7 | 147 | 104 | 1.2 | 1.1 | — | |
| | | 教育 | 2期 | 2 | 2 | | 200 | 40 | 47 | 29 | — | 45.6 | — | 12 | — | — | — | — | 45.0 |
| | | セ 教育 | 2期 | 2 | | 200 | 0 | 4 | 47 | 169 | 73 ▶ | 45.2 | 2.0 | 67 | 99 | 1.1 | 1.2 | 1.0 | 56.0 |
| | 保育児童 | 保育児童 | 2期2 | 2 | 2 | | 200 | 25 | 46 | 113 | 88 ↓ | 49.6 | 3.4 | 72 | 107 | 1.2 | 1.1 | 1.0 | |
| | | 保育児童 | 1期 | 2 | 2 | | 200 | 42 | 47 | 257 | 109 | 45.4 | 2.1 | 98 | 120 △ | 1.1 | 1.1 | 1.0 | |
| | | 保育児童 | 2期 | 2 | 2 | | 200 | 15 | 47 | 31 | — | 41.5 | — | 6 | — | — | — | — | 44.0 |
| | | セ 保育児童 | 2期 | 2 | | 200 | 0 | 10 | 47 | 143 | 100 | 44.7 | 3.7 | 50 | 139 △ | 1.0 | 1.1 | 1.1 | |
| | | | | 2 | | 200 | | 17 | 48 | 83 | 89 ↓ | 48.0 | 1.2 | 40 | 95 | 1.1 | 1.0 | 1.0 | 60.0 |

2017年度高3生・高卒生第1回ベネッセ・駿台マーク模試・9月
Copyright (C) Shinken-Ad. Co., Ltd. 2016 All Rights Reserved.
株式会社 進研アド
Benesse



# Exhibit C

**Display name :**

**Please Cooperate to Protest against Downplaying of Sex Crime and Power Harassment Organization.**

**@yesmanyurusanai**

Deterioration in deviation value ("Hensachi"[1]) is a proof that Tokyo University of Social Welfare has failed to function as an educational place.

The deviation value at the time of entrance is not necessarily important, but if it has deteriorated, it it a proof that the school has just admitted any students withtout maitaining the quality.

You don't have to jump on to this school for its the good employment rate. You can also obtain qualifications from other universities.

3:06 p.m.　・December 15, 2020　・Twitter for iPhone

---

[1] "Hensachi" in Japanese, is deviation value used to measure academic performance and difficulty in passing entrance exams for universities.   See https://en.wikipedia.org/wiki/Truly_Strong_Universities; https://en.wikipedia.org/wiki/Going_broke_universities_%E2%80%93_Disappearing_universities; https://en.wikipedia.org/wiki/Standard_score

2

# Exhibit D

東京福祉大学　御中
To: Tokyo University of Social Welafare

# 2020年度　入試概況

2020　Entrance Exam Status Overview

2020年6月
June 2020



© Shinken-Ad. Co., Ltd. All Rights Reserved.    株式会社 進研アド

Confidential

2

Shinken Exam Review from Previous Year

| Univeristy | Department | Course | *B Rating ↑* | Overall Academic Performance Practice Exam/ June | | | Overall Academic Performance Practice Exam/ July | | | No.1 Benesse/Sundai Practice Exam | | | No.2 Benesse/Sundai Practice Exam | | | No 3 Benesse/Sundai Practice Exam | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | No. of Applicants | | | No. of Applicants | | | No. of Applicants | | | No. of Applicants | | | No. of Applicants | | |
| | | | | '19 | year over | year | '19 | year over | year | '19 | year over | year | '19 | year over | year | '19 | year over | year |
| 東京福祉大 Tokyo University of Social Welfare | Psychology | 心理Psychology | 52 | 477 | 75 | ▼ | 432 | 86 | ↓ | 371 | 70 | ▼ | 245 | 67 | ▼ | 264 | 71 | ▼ |
| | | 心理Psychology | 50 | 32 | — | | 30 | — | | 191 | 64 | ▼ | 138 | 65 | ▼ | 120 | 65 | ▼ |
| | | 心理Psychology | 53 | 310 | 70 | ▼ | 276 | 81 | ↓ | 28 | 68 | ▼ | 26 | 70 | ▼ | 28 | 65 | ▼ |
| | | 心理Psychology | 53 | 38 | 83 | ↓ | 39 | 87 | ↓ | 24 | 77 | ▼ | 22 | 71 | ▼ | 17 | 71 | ▼ |
| | | セ 心理Psychology | 56 | 97 | 66 | ▼ | 87 | 75 | ▼ | 128 | 81 | ↓ | 59 | 69 | ▼ | 99 | 83 | ↓ |
| | Social Welfare | 社会福祉 | 48 | 404 | 71 | ▼ | 383 | 110 | ↑ | 345 | 70 | ▼ | 189 | 62 | ▼ | 201 | 59 | ▼ |
| | Social Welfare | 社会福祉 | 47 | 26 | — | | 17 | — | | 183 | 66 | ▼ | 109 | 57 | ▼ | 102 | 59 | ▼ |
| | Social Welfare | 社会福祉 | 49 | 258 | 65 | ▼ | 267 | 105 | | 25 | 64 | ▼ | 19 | 70 | ▼ | 18 | 56 | ▼ |
| | Social Welfare | 社会福祉 | 47 | 27 | 68 | ▼ | 26 | 74 | ▼ | 22 | 85 | ↓ | 16 | 84 | ↓ | 10 | 59 | ▼ |
| | Social Welfare | セ 社会福祉 | 53 | 93 | 70 | ▼ | 73 | 122 | △ | 115 | 78 | ▼ | 45 | 64 | ▼ | 71 | 59 | ▼ |
| | | 教育 Education | 49 | 248 | 74 | ▼ | 238 | 78 | ▼ | 202 | 63 | ▼ | 146 | 54 | ▼ | 158 | 63 | ▼ |
| | | 教育 Education | 48 | 9 | — | | 18 | — | | 111 | 65 | ▼ | 87 | 54 | ▼ | 76 | 61 | ▼ |
| | | 教育 Education | 50 | 163 | 73 | ▼ | 166 | 81 | ↓ | 11 | 33 | ▼ | 18 | 67 | ▼ | 20 | 74 | ▼ |
| | | 教育 Education | 50 | 14 | 64 | ▼ | 18 | 50 | ▼ | 13 | 72 | ▼ | 12 | 80 | ↓ | 10 | 59 | ▼ |
| | | セ 教育 Education | 55 | 62 | 71 | ▼ | 36 | 56 | ▼ | 67 | 68 | ▼ | 29 | 43 | ▼ | 52 | 62 | ▼ |
| | Childcare | 保育児童 | 49 | 308 | 70 | ▼ | 208 | 80 | ↓ | 162 | 57 | ▼ | 100 | 51 | ▼ | 122 | 65 | ▼ |
| | Childcare | 保育児童 | 48 | 8 | — | | 11 | — | | 97 | 60 | ▼ | 64 | 52 | ▼ | 58 | 62 | ▼ |
| | Childcare | 保育児童 | 49 | 214 | 68 | ▼ | 156 | 80 | ↓ | 14 | 70 | ▼ | 7 | 44 | ▼ | 12 | 67 | ▼ |
| | Childcare | 保育児童 | 49 | 21 | 68 | ▼ | 13 | 68 | ▼ | 7 | 44 | ▼ | 6 | 50 | ▼ | 4 | 33 | ▼ |
| | Childcare | セ 保育児童 | 53 | 65 | 70 | ▼ | 28 | 61 | ▼ | 44 | 51 | ▼ | 23 | 51 | ▼ | 48 | 73 | ▼ |



各年度入試　ベネッセコーポレーション調べ

© Shinken-Ad. Co., Ltd. All Rights Reserved.   株式会社 進研アド

Confidential

東京福祉大学　御中
To: Tokyo University of Social Welfare

2019 Senior High School Students/ High School Graduates
2019年度　高3生・高卒生

# 第3回ベネッセ・駿台マーク模試・11月
## 志望動向

No.3 Benesse/ Sundai Practice Exam/ Novermber
Applicant Status

2019年12月
December 2019

© Shinken-Ad. Co., Ltd. All Rights Reserved.　株式会社 進研アド

Benesse

---

Confidential

【貴学志望動向】
Applicant Status for Your University

B Rating

学外配布不可　二次加工禁止　1

[*] General Entrance Exam: Passing Applicant Average SS　　National Center Exam: Passing Applicant Score Rate
【※】一般入試：合格者平均SS　センター利用入試：合格者センター得点率↓

| University | Department | Course | Term | No. of Subject C/U | Full Score Center/University | Number of Admission | No. of Applicants '19 | year over year | Average Standard Score '19 | year over year | No of Students at the Top '19 | year over year | Acceptance Rate '19 | '18 | '17 | ※ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 東京福祉大 Tokyo University of Social Welfare | 心理 Psychology | | | 2/3 | | 74 | 50 | 264 | 71 ▼ | 45.3 | -1.3 | 88 | 65 ▼ | 3.5 | 2.2 | 1.2 | - |
| | | 心理 Psychology | 1期 | 2 | 200 | 12 | 51 | 120 | 65 ▼ | 43.3 | -1.8 | 27 | 60 ▼ | 5.6 | 4.5 | 1.2 | 50.0 |
| | | 心理 Psychology | 2期2 | 2 | 200 | 27 | 51 | 28 | 65 ▼ | 42.6 | -2.0 | 4 | 50 ▼ | 3.6 | 2.4 | - | 49.1 |
| | | 心理 Psychology | 2期3 | 3 | 500 | 20 | 48 | 17 | 71 ▼ | 43.7 | 0.7 | 5 | 71 ▼ | 3.1 | - | - | 43.8 |
| | | セ 心理 Psychology | 2期 | 2 | 200 | 0 | 15 | 55 | 99 | 83 ↓ | 48.8 | -1.6 | 21 | 72 ▼ | 3.1 | 1.7 | 1.1 | 73.4 |
| | 社会福祉 Social Welfare | | | 2/3 | | 63 | 46 | 201 | 59 ▼ | 47.2 | 1.2 | 102 | 64 ▼ | 1.3 | 1.3 | 1.1 | - |
| | | 社会福祉 Social Welfare | 1期 | 2 | 200 | 11 | 47 | 102 | 59 ▼ | 46.4 | 1.9 | 46 | 87 ↓ | 1.2 | 1.3 | 1.1 | 47.2 |
| | | 社会福祉 Social Welfare | 2期2 | 2 | 200 | 18 | 45 | 18 | 56 ▼ | 44.3 | 1.0 | 7 | 78 ▼ | 1.7 | 1.4 | - | 47.1 |
| | | 社会福祉 Social Welfare | 2期3 | 3 | 500 | 16 | 45 | 10 | 59 ▼ | 46.0 | -4.0 | 5 | 38 ▼ | 1.1 | - | - | 44.9 |
| | | セ 社会福祉 | 2期 | 2 | 200 | 0 | 18 | 51 | 71 | 59 ▼ | 49.1 | 0.8 | 30 | 70 ▼ | 1.2 | 1.2 | 1.1 | 64.1 |
| | 教育 Education | | | 2/3 | | 94 | 47 | 158 | 63 ▼ | 46.5 | -0.3 | 74 | 59 ▼ | 1.1 | 1.1 | 1.2 | - |
| | | 教育 Education | 1期 | 2 | 200 | 4 | 48 | 76 | 61 ▼ | 46.3 | 0.2 | 35 | 80 ↓ | 1.2 | 1.3 | 1.1 | 47.4 |
| | | 教育 Education | 2期2 | 2 | 200 | 40 | 48 | 20 | 74 ▼ | 43.1 | -3.1 | 5 | 45 ▼ | 1.4 | 1.2 | - | 48.4 |
| | | 教育 Education | 2期3 | 3 | 500 | 25 | 46 | 10 | 59 ▼ | 39.5 | -3.5 | 2 | 40 ▼ | 1.1 | - | - | 41.3 |
| | | セ 教育 Education | 2期 | 2 | 200 | 25 | 53 | 52 | 62 ▼ | 49.4 | 0.7 | 22 | 92 ▼ | 1.0 | 1.1 | 1.2 | 62.9 |
| | 保育児童 Childcare | | | 2/3 | | 47 | 47 | 122 | 65 ▼ | 45.2 | 0.2 | 52 | 68 ▼ | 1.2 | 1.1 | 1.1 | - |
| | | 保育児童 Childcare | 1期 | 2 | 200 | 10 | 47 | 58 | 62 ▼ | 45.0 | 1.1 | 25 | 93 ▼ | 1.2 | 1.0 | 1.0 | 48.1 |
| | | 保育児童 Childcare | 2期2 | 2 | 200 | 15 | 47 | 12 | 67 ▼ | 42.2 | -2.3 | 3 | 75 ▼ | 1.5 | 1.2 | - | 49.6 |
| | | 保育児童 Childcare | 2期3 | 3 | 500 | 5 | 46 | 4 | 33 ▼ | 41.0 | -1.2 | 1 | 25 ▼ | 1.0 | - | - | 42.2 |
| | | セ 保育児童 | 2期 | 2 | 200 | 0 | 17 | 51 | 48 | 73 ▼ | 46.6 | -0.6 | 10 | 56 ▼ | 1.1 | 1.1 | 1.1 | 65.1 |

東京福祉大学　御中
To: Tokyo University of Social Welfare

2018 Senior High School Students/ High School Graduates

# 2018年度 高3生・高卒生
# 第1回ベネッセ・駿台マーク模試・9月
# 志望動向

No.1 Benesse/ Sundai Practice Exam/ September
Applicant Status

2018年
2018

© Shinken-Ad. Co., Ltd. All Rights Reserved. 株式会社 進研アド

## 【貴学志望動向】

B Rating

学外配布不可・二次加工禁止
STRICTLY CONFIDENTIAL  1

[*] General Entrance Exam: Passing Applicant Average SS　　National Center Exam: Passing Applicant Score Rate
【※】一般入試：合格者平均SS　センター利用入試：合格者センター得点率

| 大学名 University | 学部名 Department | 学科名 Course | 方式／日程 Term | No of Subject C | No of Subject U | Full Score Center | Full Score University | Number of Admission | No.1 Benesse/ Sundai Practice Exam No of Applicants '18 | | Average Standard Score '18 | | Number of Applicants at the Top '18 | | Previous Year Info Acceptance Rate '18 | '17 | '16 | ※ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 東京福祉大 Tokyo University of Social Welfare | 心理 Psychology | | | 2 | 3 | | | 74 | 49 | 530 | 152 △ | 47.8 | -0.2 | 234 | 136 △ | 2.2 | 1.2 | 1.1 | - |
| | | 心理 Psychology | 2期3 | | 3 | | 500 | 20 | 48 | 31 | - | 44.1 | - | 10 | - | - | - | - | - |
| | | 心理 Psychology | 1期 | | 2 | | 200 | 12 | 51 | 300 | 160 △ | 46.7 | 0.3 | 91 | 157 △ | 4.5 | 1.2 | 1.1 | 49.4 |
| | | 心理 Psychology | 2期2 | | 2 | | 200 | 27 | 48 | 41 | 137 △ | 47.0 | -0.4 | 17 | 106 △ | 2.4 | - | - | 49.2 |
| | | セ 心理 Psychology | 2期 | 2 | | 200 | 0 | 15 | 53 | 158 | 122 △ | 50.8 | 0.4 | 65 | 127 △ | 1.7 | 1.1 | 1.0 | 64.2 |
| | 社会福祉 | | | 2 | 3 | | | 63 | 47 | 490 | 138 △ | 47.0 | 0.8 | 224 | 149 △ | 1.3 | 1.1 | 1.1 | - |
| | | 社会福祉 | 2期3 | | 3 | | 500 | 16 | 46 | 26 | - | 44.1 | - | 9 | - | - | - | - | - |
| | | 社会福祉 | 1期 | | 2 | | 200 | 11 | 47 | 277 | 128 △ | 45.8 | 0.9 | 108 | 129 △ | 1.3 | 1.1 | 1.2 | 46.3 |
| | | 社会福祉 | 2期2 | | 2 | | 200 | 18 | 47 | 39 | 130 △ | 48.4 | 3.5 | 19 | 158 △ | 1.4 | - | - | 46.5 |
| | | セ 社会福祉 | 2期 | 2 | | 200 | 0 | 18 | 48 | 148 | 136 △ | 49.4 | 0.3 | 87 | 174 △ | 1.2 | 1.1 | 1.1 | 60.8 |
| | 教育 | | | 2 | 3 | | | 94 | 48 | 320 | 103 △ | 47.5 | 0.7 | 151 | 117 ↑ | 1.1 | 1.2 | 1.1 | - |
| | | 教育 | 2期3 | | 3 | | 500 | 25 | 47 | 18 | - | 45.1 | - | 8 | - | - | - | - | - |
| | | 教育 | 1期 | | 2 | | 200 | 4 | 48 | 170 | 101 △ | 46.5 | 1.3 | 70 | 125 △ | 1.3 | 1.1 | 1.2 | 47.5 |
| | | 教育 | 2期2 | | 2 | | 200 | 40 | 48 | 33 | 114 ↑ | 47.9 | 2.3 | 15 | 150 △ | 1.2 | - | - | 48.2 |
| | | セ 教育 | 2期 | 2 | | 200 | 0 | 25 | 51 | 99 | 88 ↓ | 49.6 | 0.0 | 43 | 90 | 1.1 | 1.2 | 1.1 | 60.1 |
| | 保育児童 | | | 2 | 3 | | | 47 | 48 | 285 | 111 ↑ | 45.6 | 0.2 | 105 | 117 ↑ | 1.1 | 1.1 | 1.1 | - |
| | | 保育児童 | 2期3 | | 3 | | 500 | 5 | 47 | 16 | - | 43.3 | - | 3 | - | - | - | - | - |
| | | 保育児童 | 1期 | | 2 | | 200 | 10 | 48 | 163 | 114 ↑ | 44.5 | -0.2 | 50 | 111 △ | 1.0 | 1.0 | 1.2 | 47.3 |
| | | 保育児童 | 2期2 | | 2 | | 200 | 15 | 48 | 20 | 65 ▼ | 46.3 | 4.8 | 8 | 160 △ | 1.2 | - | - | 47.5 |
| | | セ 保育児童 | 2期 | 2 | | 200 | 0 | 17 | 51 | 86 | 104 △ | 48.1 | 0.1 | 36 | 120 △ | 1.1 | 1.1 | 1.0 | 59.4 |

2018/2017 Senior High School Students/ High School Graduates  No.1 Benesse/ Shinken Practice Exam/ September
2018年度/2017年度 高3生・高卒生第1回ベネッセ・駿台マーク模試・9月

© Shinken-Ad. Co., Ltd. All Rights Reserved. 株式会社 進研アド



# 【9月模試】志望者状況

[September Practice Exam] Applicant Status

2017 Senior High School Students   September   Shinken Practice Exam
2017年　高3年生　9月　進研模試

学外配布不可
二次加工禁止
2

B Rating　[※] General Entrance Exam: Passing Applicant Average SS　National Center Exam: Passing Applicant Score Rate
【※】一般入試：合格者平均SS　センター利用入試：合格者センター得点率↓

| 大学名 University | 学部名 Department | 学科名 Course | 方式/日程 Term | No of Subject C | No of Subject U | Full Score Center | Full Score University | Number of Admission | No.1 Benesse/ Sundai Practice Exam No. of Applicants '17 | year over year | Average Standard Score '17 | year over year | No of Applicants at the Top '17 | year over year | Previous Year Info Acceptance Rate '17 | '16 | '15 | ※ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 東京福祉大 Tokyo University of Social Welfare | 心理 Psychology | | | 2 | 2 | | | 54 | 48 | 348 | 89 ↓ | 48.0 | 2.3 | 186 | 112 ↑ | 1.2 | 1.1 | 1.2 | – |
| | | 心理 Psychology | 2期2 | | 2 | | 200 | 27 | 48 | 30 | – | 47.4 | – | 16 | – | – | – | – | – |
| | | 心理 Psychology | 1期 | | 2 | | 200 | 12 | 48 | 188 | 87 ↓ | 46.4 | 2.1 | 83 | 104 | 1.2 | 1.1 | 1.7 | 45.8 |
| | | セ 心理 Psychology | 2期 | 2 | | 200 | 0 | 15 | 50 | 130 | 101 | 50.4 | 1.9 | 73 | 133 △ | 1.1 | 1.0 | 1.0 | 62.1 |
| | 社会福祉 Social Welfare | | | 2 | 2 | | | 48 | 46 | 356 | 84 | 46.2 | 1.0 | 176 | 93 | 1.1 | 1.1 | 1.0 | – |
| | | 社会福祉 Social Welfare | 2期2 | | 2 | | 200 | 18 | 46 | 30 | – | 44.9 | – | 15 | – | – | – | – | – |
| | | 社会福祉 Social Welfare | 1期 | | 2 | | 200 | 11 | 46 | 217 | 79 ▼ | 44.9 | 2.0 | 94 | 101 | 1.1 | 1.2 | 1.0 | 48.0 |
| | | セ 社会福祉 | 2期 | 2 | | 200 | 0 | 19 | 48 | 109 | 72 ▼ | 49.1 | -0.2 | 50 | 57 ▼ | 1.1 | 1.1 | 1.0 | 64.4 |
| | 教育 Education | | | 2 | 2 | | | 69 | 47 | 311 | 78 ▼ | 46.8 | 2.7 | 147 | 104 | 1.2 | 1.1 | 1.1 | – |
| | | 教育 Education | 2期2 | | 2 | | 200 | 40 | 47 | 29 | – | 45.6 | – | 12 | – | – | – | – | – |
| | | 教育 Education | 1期 | | 2 | | 200 | 4 | 47 | 169 | 73 ▼ | 45.2 | 2.0 | 67 | 99 | 1.1 | 1.2 | 1.1 | 45.0 |
| | | セ 教育 | 2期 | 2 | | 200 | 0 | 25 | 46 | 113 | 88 ↓ | 49.6 | 3.4 | 72 | 107 | 1.2 | 1.0 | 1.0 | 56.7 |
| | 保育児童 Childcare | | | 2 | 2 | | | 42 | 47 | 257 | 109 | 45.4 | 2.1 | 98 | 120 △ | 1.1 | 1.1 | 1.0 | – |
| | | 保育児童 Childcare | 2期2 | | 2 | | 200 | 15 | 47 | 31 | – | 41.5 | – | 6 | – | – | – | – | – |
| | | 保育児童 Childcare | 1期 | | 2 | | 200 | 10 | 47 | 143 | 100 | 44.7 | 3.7 | 50 | 139 △ | 1.0 | 1.2 | 1.1 | 44.9 |
| | | セ 保育児童 | 2期 | 2 | | 200 | 0 | 17 | 48 | 83 | 89 ↓ | 48.0 | 1.2 | 40 | 95 | 1.1 | 1.0 | 1.0 | 60.9 |

2017 Senior High School Students/ High School Graduates   No.1 Benesse/ Shinken Practice Exam/ September
2017年度高3生・高卒生第1回ベネッセ・駿台マーク模試・9月



Copyright (C) Shinken-Ad. Co., Ltd. 2016 All Rights Reserved.

株式会社 進研アド